

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Texas Department of Family and Protective Services v. K.G.

Appellate case number:   01-20-00315-CV

Trial court case number: D-1-GN-15-000175

Trial court:             345th District Court of Travis County

On August 28, 2020, appellant, Texas Department of Family and Protective Services, filed its appellant's brief. Appellee, K.G., had a briefing deadline of September 28, 2020 in which to file her brief, but no brief has been filed. On October 8 and November 25, 2020, we notified appellee that we would set the case for submission without an appellee's brief unless appellee filed (1) a motion to extend time to file its brief or (2) its brief accompanied by a motion to extend time. Appellee has neither filed a motion to extend time or her appellee's brief. Accordingly, the case is hereby set at issue.

The time for filing the APPELLEE'S brief has expired. *See* TEX. R. APP. P. 38.6(b). Further, appellee's deadline for responding to the notice issued by this Court on October 8 and November 25, 2020, requiring appellee to file either a brief or a motion to extend time to file its brief, has expired. Accordingly, this case is now at issue and ready to be set for submission.

.

It is so ORDERED.

Judge's signature: _____/s/ Sherry Radack_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: ___October 28, 2021_____